UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00080 |
| | ) | JUDGE CAMPBELL |
| ANTONIO SHANKLIN | ) | |

ORDER

Pending before the Court is a Motion to Extend Time for Filing Pretrial Motions (Docket No. 18). The Motion is GRANTED in part and DENIED in part.

Because the requested extension is beyond the pretrial conference date, the Motion is DENIED.

However, the deadline for filing any pretrial motions is extended to August 15, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE