UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00080 |
| | ) | JUDGE CAMPBELL |
| ANTONIO SHANKLIN | ) | |

ORDER

Pending before the Court is a Motion to be Relieved (Docket No. 29) as counsel of record.

The Court will hold a hearing on the Motion on February 2, 2015, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE